JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
TAMER B. BOTROS
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
tamer.botros@usdoj.gov
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL F. SCHULZE,<br><br>  Plaintiff,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS),<br><br>  Defendant. | Case No. 2:24-cv-01933-JAD-EJY<br><br>**Stipulation and Order to Extend Time for Defendant to Respond to Plaintiff's Petition for Writ of Mandamus** |

Plaintiff, Michael F. Schulze and Defendant, United States Citizenship and Immigration Services (the "Parties") hereby stipulate to a 30-day extension of time for Defendant to answer and/or respond to Plaintiff's Petition for Writ of Mandamus by extending the deadline to **January 15, 2025**.

This stipulation for extension is made in good faith.

///
///
///
///
///
///
///
///

Accordingly, the Parties stipulate that the deadline for Defendant to answer and/or respond to Plaintiff's Petition for Writ of Mandamus is extended to **January 15, 2025**.

Respectfully submitted this 12th day of December 2024.

/s/ *Michael F. Schulze*
MICHAEL F. SCHULZE
*Pro se*

JASON M. FRIERSON
United States Attorney

/s/ *Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney
*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: December 12, 2024