UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL F. SCHULZE, | Case No. 2:24-cv-01933-JAD-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), | |
| Defendant. | |

Pending before the Court is Plaintiff's Motion to Reopen Order and Extend Time. ECF No. 9. Plaintiff seeks additional time to file his Consent for Electronic Service of Documents, which he says he has not received from the Clerk's Office. Separately, the Court notes that Plaintiff fails to establish a basis for filing his Motion *ex parte*.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is to remove the *ex parte* designation from Plaintiff's Motion (ECF No. 9) such that the Motion is available to the public on the docket.

IT IS FURTHER ORDERED that Plaintiff is advised not to file future documents *ex parte* unless permitted by rule or order of the Court to do so.

IT IS FURTHER ORDERED that the Clerk of Court is to send Plaintiff the form Consent for Electronic Service of Documents and instructions for the same.

IT IS FURTHER ORDERED that no later than **February 21, 2025**, Plaintiff must submit the Consent for Electronic Service of Documents to the Clerk of Court.

Dated this 28th day of January, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1