# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Michael F. Schulze, | Case No. 2:24-cv-01933-JAD-EJY |
| Plaintiff | |
| v. | **Order Granting Unopposed Motion to Stay** |
| United States Citizenship and Immigration Services, | ECF No. 8 |
| Defendant | |

Plaintiff Michael F. Schulze initiated this action to petition for a writ of mandamus compelling United States Citizenship and Immigration Services (USCIS) to adjudicate his Form I-290B, which he alleges has been unreasonably delayed.[1]  Schulze advises that recent developments "indicate a possible resolution to the case," so he moves this court for "a temporary stay" of an unstated duration "to ensure judicial economy."[2]  USCIS has not responded to the motion, and the deadline to do so has passed.

With good cause appearing, IT IS ORDERED that the plaintiff's motion to stay **[ECF No. 8] is GRANTED.  This action is stayed through May 26, 2025,** to permit the parties to resolve this matter without judicial intervention.

_____
U.S. District Judge Jennifer A. Dorsey
February 25, 2025

---

[1] ECF No. 1 (petition).

[2] ECF No. 8.